Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−32029−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Christopher B. Holmes
   26 Randolph Lane
   Sicklerville, NJ 08081

   Ansbrecca Holmes
   aka Ansbrecca Council, aka Ansbrecca
   Council−Homles
   26 Randolph Lane
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−1021                               xxx−xx−1272

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

    Please be advised that on April 23, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 78 − 76
Order Granting Application for Extension of Loss Mitigation (Related Doc # 76). Loss Mitigation Period Extended to: 7/22/2019. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 4/23/2019. (kvr)

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: April 23, 2019
JAN: kvr

                                                                  Jeanne Naughton
                                                                  Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                             Case No. 17-32029-JNP
Christopher B. Holmes                                              Chapter 13
Ansbrecca Holmes
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-1         User: admin               Page 1 of 1                Date Rcvd: Apr 23, 2019
                             Form ID: orderntc         Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 25, 2019.
```
db/jdb         +Christopher B. Holmes,    Ansbrecca Holmes,    26 Randolph Lane,    Sicklerville, NJ 08081-4458
lm             +Wells Fargo,   10750 4th Street, Suite 200,    Ranch Cucamonga, CA 91730-0981
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 23, 2019 at the address(es) listed below:
```
          Charles G. Wohlrab    on behalf of Creditor   HSBC Bank USA, National Association as Trustee for
           MASTR Reperforming Loan Trust 2005-1 cwohlrab@logs.com,    njbankruptcynotifications@logs.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com
          Joseph J. Rogers    on behalf of Joint Debtor Ansbrecca  Holmes jjresq@comcast.net,
           jjrogers0507@gmail.com
          Joseph J. Rogers    on behalf of Debtor Christopher B. Holmes jjresq@comcast.net,
           jjrogers0507@gmail.com
          Kevin Gordon McDonald    on behalf of Creditor    HSBC Bank USA, National Association as Trustee
           for MASTR Reperforming Loan Trust 2005-1 kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Stuart A. Platt    on behalf of Creditor    Township of Winslow platt@prlawoffice.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```