Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17–32029–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Christopher B. Holmes
26 Randolph Lane
Sicklerville, NJ 08081

Ansbrecca Holmes
aka Ansbrecca Council, aka Ansbrecca Council–Homles
26 Randolph Lane
Sicklerville, NJ 08081

Social Security No.:
xxx–xx–1021                                          xxx–xx–1272
Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:         November 12, 2019
Time:         10:00 AM
Location:     4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*86* – Certification in Opposition to Application for Termination of Loss MItigation (related document:85 Application for of Loss Mitigation Period. Filed by Denise E. Carlon on behalf of HSBC Bank USA, National Association as Trustee for MASTR Reperforming Loan Trust 2005–1. Objection deadline is 10/29/2019. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) filed by Creditor HSBC Bank USA, National Association as Trustee for MASTR Reperforming Loan Trust 2005–1) filed by Joseph J. Rogers on behalf of Ansbrecca Holmes, Christopher B. Holmes. (Attachments: # 1 Certificate of Service) (Rogers, Joseph)

and transact such other business as may properly come before the meeting.


Dated: October 28, 2019
JAN: eag

Jeanne Naughton
Clerk