Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−32029−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Christopher B. Holmes
26 Randolph Lane
Sicklerville, NJ 08081

Ansbrecca Holmes
aka Ansbrecca Council, aka Ansbrecca Council−Homles
26 Randolph Lane
Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−1021                              xxx−xx−1272

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:           November 12, 2019
Time:           10:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*86* − Certification in Opposition to Application for Termination of Loss MItigation (related document:85 Application for of Loss Mitigation Period. Filed by Denise E. Carlon on behalf of HSBC Bank USA, National Association as Trustee for MASTR Reperforming Loan Trust 2005−1. Objection deadline is 10/29/2019. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) filed by Creditor HSBC Bank USA, National Association as Trustee for MASTR Reperforming Loan Trust 2005−1) filed by Joseph J. Rogers on behalf of Ansbrecca Holmes, Christopher B. Holmes. (Attachments: # 1 Certificate of Service) (Rogers, Joseph)

and transact such other business as may properly come before the meeting.

Dated: October 28, 2019
JAN: eag

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Christopher B. Holmes
Ansbrecca Holmes
    Debtors

Case No. 17-32029-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin        Page 1 of 1        Date Rcvd: Oct 28, 2019
                            Form ID: 173      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2019.
db/jdb        +Christopher B. Holmes,   Ansbrecca Holmes,   26 Randolph Lane,   Sicklerville, NJ 08081-4458

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.        TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2019        Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2019 at the address(es) listed below:
        Charles G. Wohlrab   on behalf of Creditor   HSBC Bank USA, National Association as Trustee for MASTR Reperforming Loan Trust 2005-1 cwohlrab@LOGS.com, njbankruptcynotifications@logs.com
        Denise E. Carlon   on behalf of Creditor   HSBC Bank USA, National Association as Trustee for MASTR Reperforming Loan Trust 2005-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Isabel C. Balboa   ecfmail@standingtrustee.com, summarymail@standingtrustee.com
        Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
        John R. Morton, Jr.   on behalf of Creditor   Ally Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
        Joseph J. Rogers   on behalf of Joint Debtor Ansbrecca Holmes jjresq@comcast.net, jjrogers0507@gmail.com
        Joseph J. Rogers   on behalf of Debtor Christopher B. Holmes jjresq@comcast.net, jjrogers0507@gmail.com
        Kevin Gordon McDonald   on behalf of Creditor   HSBC Bank USA, National Association as Trustee for MASTR Reperforming Loan Trust 2005-1 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
        Stuart A. Platt   on behalf of Creditor   Township of Winslow platt@prlawoffice.com
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
        TOTAL: 10