Order Filed on January 15, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| KML Law Group, P.C.<br>By:  Denise Carlon, Esquire<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>215-627-1322<br>Attorneys for Movant:  Specialized Loan Servicing LLC, as servicer for HSBC Bank USA, National Association as Trustee for MASTR Reperforming Loan Trust 2005-1 | |
| In Re:<br><br>    Ansbrecca Holmes aka Ansbrecca Council<br>    aka Ansbrecca Council-Homles<br><br>    Christopher B. Holmes<br>                    Debtors | Case No.:    17-32029 JNP<br><br>Judge:        Jerrold N. Poslusny Jr.<br><br>Chapter:      13 |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 15, 2020**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on December 7, 2017:

Property:    26 Randolph Lane  Sicklerville, NJ 08081

Creditor:    Specialized Loan Servicing LLC, as servicer for HSBC Bank USA, National Association as Trustee for MASTR Reperforming Loan Trust 2005-1

and a Request for

- ❑ Extension of the 90 day Loss Mitigation Period having been filed by _____, and for good cause shown

- ■ Early Termination of the Loss Mitigation Period having been filed by Specialized Loan Servicing LLC, as servicer for HSBC Bank USA, National Association as Trustee for MASTR Reperforming Loan Trust 2005-1, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is terminated.