Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−32029−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Christopher B. Holmes
26 Randolph Lane
Sicklerville, NJ 08081

Ansbrecca Holmes
aka Ansbrecca Council, aka Ansbrecca
Council−Homles
26 Randolph Lane
Sicklerville, NJ 08081

Social Security No.:
  xxx−xx−1021                                xxx−xx−1272
Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on February 20, 2020.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 20, 2020
JAN: kvr

Jeanne Naughton
Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                          Case No. 17-32029-JNP
Christopher B. Holmes                                           Chapter 13
Ansbrecca Holmes
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                  Page 1 of 4                  Date Rcvd: Feb 20, 2020
                              Form ID: 148                 Total Noticed: 100


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 22, 2020.
db/jdb         +Christopher B. Holmes,    Ansbrecca Holmes,    26 Randolph Lane,    Sicklerville, NJ 08081-4458
cr             +Township of Winslow,    c/o Platt & Riso, P.C.,    40 Berlin Road,    Stratford, NJ 08084-1404
517151478     ++AMERICAN HONDA FINANCE,     P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court:   American Honda Finance Corporation,
                 1220 Old Alpharetta Road Ste 350,     Alpharetta, GA 30005)
517151474      +Akron Billing Center,    3585 Ridge Park Dr,    Akron, OH 44333-8203
517151480      +Apothaker & Associates,    520 Fellowship Road, C-306,    Mount Laurel, NJ 08054-3410
517151483      +Atlantic City Expressway,    Po Box 4971,    NJ EZ Pass Violation,    Trenton, NJ 08650-4971
517151484       Atlantic ER Phys Team Ped,    PO Box 740021,    Cincinnati, OH 45274-0021
517151485      +Branch Banking & Trust,    Professional Recovery Consultants,    2700 Meridan Parkway Suite 200,
                 Durham, NC 27713-2450
517219357      +Camden County MUA,    1645 Ferry Avenue,    Camden, NJ 08104-1311
517151490      +City of LA Parking Violations Bureau,     PO Box 30420,    Los Angeles, CA 90030-0420
517151497      +Credit union credit service,     1327 empire central suite 130,    Dallas, TX 75247-4086
517151499      +Eastern Dental Center Of Laurel,     3 Kelly Drivers Ln,    Clementon, NJ 08021-4823
517151500       Emerg Phy Assoc of S Jersey,    PO Box 740021,    Cincinnati, OH 45274-0021
517336891       Emergency Physician Associate of South Jersey, PC,     PO Box 1123,    Minneapolis MN 55440-1123
517151501       Financial Recoveries,    PO Box 1388,    Mt Laurel, NJ 08054-7388
517151503      +First National Credit Card/Legacy,     First National Credit Card,    Po Box 5097,
                 Sioux Falls, SD 57117-5097
517151505       Frontline Asset Strategies,    Dept 130764,    PO box 1259,    Oaks, PA 19456-1259
517151506       Fst Premier,    601 S Minneapolis Ave,    Sioux Falls, SD 57104
517151507      +Geico,   PO Box 986,    Marlton, NJ 08053-0986
517151508       HRRG,   PO Box 189053,    Plantation, FL 33318-9053
517151510      +HSBC,   PO Box 5203,    Carol Stream, IL 60197-5203
517240194      +HSBC Bank USA c/o,    Wells Fargo Bank, N.A.,    Attention Payment Processing,    MAC# X2302-04C,
                 1 Home Campus,    Des Moines, Iowa 50328-0001
517240187      +HSBC Bank USA,,    Wells Fargo Bank, N.A.,    Attention Payment Processing,    MAC# X2302-04C,
                 1 Home Campus,    Des Moines, Iowa 50328-0001
517241285       HSBC Bank, USA,    Wells Fargo Bank, NA,    Default Document Processing, N9286-01Y,
                 1000 Blue Gentian Road,    Eagan, MN 55121-7700
517151512      +JTM Capital Management,    210 John Glenn Dr #3,    Buffalo, NY 14228-2213
517151513      +Kennedy Health,    500 Marlboro Avenue,    Cherry Hill, NJ 08002-2020
517151514       Laboratory Corporation of Amer,     PO Box 2240,    Burlington, NC 27216-2240
517151515       Ldc Collection Systems,    PO Box 4775,    Trenton, NJ 08650-4775
517151516      +Lvnv Funding,    PO Box 385908,    Minneapolis, MN 55438-5908
517151518      +Mabt/contfin,    121 Continental Dr Ste 1,    Newark, DE 19713-4326
517151522     ++NATIONWIDE INSURANCE,    SERVICE OF PROCESS TEAM,    THREE NATIONWIDE PLAZA,    MAIL CODE 3-11-310,
                 COLUMBUS OH 43215-2410
               (address filed with court:   Nationwide Insurance,    One Nationwide Plaza,    Columbus, OH 43215)
517151524       NJ E-Z Pass Violation Processing Center,     PO Box 52005,    Newark, NJ 07101-8205
517355284      +New Century Financial Services, Inc.,     c/o Pressler and Pressler, LLP.,    7 Entin Road,
                 Parsippany NJ 07054-5020
517199810      +New Jersey Turnpike Authority,    Mark Schneider, Esq.,    1 Turnpike Plaza, PO Box 5042,
                 Woodbridge, NJ 07095-5042
517151525       Northstar Location Services, LLC,     4285 Genesee Street,    Cheektowaga, NY 14225-1943
517151528      +PAM, LLC-New Jersey E-ZPass,    P.O. Box 1642,    Milwaukee, WI 53201-1642
517151531       Pressler And Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
517151533      +Professional Account Management,     PO Box 1022,    Wixom, MI 48393-1022
517151536      +Radiology Assoc. Of New Jersey, PC,     28075 Network Place,    Chicago, IL 60673-1280
517151537       Regional Sewer Service,    PO Box 1105,    Bellmawr, NJ 08099-5105
517151538      +Rickart Coll Systems,    575 Milltown Rd,    North Brunswick, NJ 08902-3336
517151540      +Rowan SOM,    PO Box 635,    Bellmawr, NJ 08099-0635
517151539      +Rowan School Of Osteopathic Medicine,     PO Box 635,    Bellmawr, NJ 08099-0635
517151545     #+SRA Associates LLC,    401 Minnetonka Road,    Somerdale, NJ 08083-2914
517151541      +Shapiro & DeNardo LLC,    14000 Commerce Parkway Suite B,    Mt. Laurel, NJ 08054-2242
517151542      +Six Flag Membership,    8668 Spring Mountain Rd,    Aargon Agency Inc,    Las Vegas, NV 89117-4132
517151543       South Jersey Gas,    PO Box 3121,    Southeastern, PA 19398-3121
517151544       South Jersey Radiology Associates,     PO Box 1710,    Voorhees, NJ 08043-7710
518153903      +Specialized Loan Servicing LLC,     8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
518153904      +Specialized Loan Servicing LLC,     8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517151548       Team Pediatric Associates,    PO Box 740021,    Cincinnati, OH 45274-0021
517229476      +Township of Winslow,    c/o Platt & Riso, P.C.,    40 Berlin Avenue,
                 Stratford, New Jersey 08084-1404
517151550      +Transnatl,    1162 St Georges Av,    Avenel, NJ 07001-1263
517151489       +city of Baltimore MD,    Parking Fines Office,    PO Box 17387,    Baltimore, MD 21297-1387
```

```
District/off: 0312-1          User: admin                Page 2 of 4                  Date Rcvd: Feb 20, 2020
                              Form ID: 148               Total Noticed: 100


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Feb 21 2020 01:48:21      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 21 2020 01:48:17      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
lm              +EDI: WFFC.COM Feb 21 2020 06:03:00      Wells Fargo,   10750 4th Street, Suite 200,
                 Ranch Cucamonga, CA 91730-0981
517151476       +EDI: GMACFS.COM Feb 21 2020 06:03:00      Ally Bank,   P.O. Box 13625,
                 Philadelphia, PA 19101-3625
517178230        EDI: GMACFS.COM Feb 21 2020 06:03:00      Ally Financial,   PO Box 130424,
                 Roseville MN 55113-0004
517151477       +EDI: GMACFS.COM Feb 21 2020 06:03:00      Ally Financial,   200 Renaissance Ctr,
                 Detroit, MI 48243-1300
517312241        EDI: BECKLEE.COM Feb 21 2020 06:03:00      American Express Centurion Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
517433338        EDI: BECKLEE.COM Feb 21 2020 06:03:00      American Express National Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
517151479        E-mail/Text: documents@apellesnow.com Feb 21 2020 01:48:56       Apelles,   PO Box 1197,
                 Westerville, OH 43086-1197
517151481        EDI: APPLIEDBANK.COM Feb 21 2020 06:04:00      Applied Card Bank,   PO Box 17120,
                 Wilmington, DE 19886-7120
517359079        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 21 2020 01:53:51
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
517151482        E-mail/Text: bankruptcy@pepcoholdings.com Feb 21 2020 01:47:54
                 Atlantic City Electric Company,    Mail Stop 84CP42,   5 Collins Dr Ste 2133,
                 Carneys Point, NJ 08069-3600
517329787       +EDI: ATLASACQU.COM Feb 21 2020 06:03:00      Atlas Acquisitions LLC,   294 Union St.,
                 Hackensack, NJ 07601-4303
517175646       +E-mail/Text: bankruptcy@bbandt.com Feb 21 2020 01:47:52       BB&T, Bankruptcy Section,
                 100-50-01-51,    P.O. Box 1847,   Wilson, NC 27894-1847
517151486       +E-mail/Text: bankruptcy@cavps.com Feb 21 2020 01:48:42       Calvalry Portfolio Service,
                 500 Summit Lake Drive suite 400,    Valhalla, NY 10595-2322
517151487        E-mail/Text: cms-bk@cms-collect.com Feb 21 2020 01:47:58       Capital Management Services,
                 698 1/2 South Ogden,    Buffalo, NY 14206-2317
517151488       +EDI: CAPITALONE.COM Feb 21 2020 06:03:00      Capital One,   Attn: Bankruptcy,   Po Box 30285,
                 Salt Lake City, UT 84130-0285
517346778       +E-mail/Text: bankruptcy@cavps.com Feb 21 2020 01:48:42       Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517151491       +E-mail/Text: bankruptcy@philapark.org Feb 21 2020 01:49:10       City Of Philadelphia,
                 PO Box 41818,    Philadelphia, PA 19101-1818
517151492        EDI: COMCASTCBLCENT Feb 21 2020 06:03:00      Comcast,   PO Box 3001,
                 Southeastern, PA 19398-3001
517151493       +EDI: CCS.COM Feb 21 2020 06:03:00      Credit Collection Services,   725 Canton Street,
                 Norwood, MA 02062-2679
517151494        EDI: CCS.COM Feb 21 2020 06:03:00      Credit Collections Svc,   Po Box 773,
                 Needham, MA 02494-0918
517151496       +E-mail/PDF: creditonebknotifications@resurgent.com Feb 21 2020 01:54:20       Credit One Bank,
                 Po Box 98875,    Las Vegas, NV 89193-8875
517151498       +EDI: DCI.COM Feb 21 2020 06:04:00      Diversified Consultant,   P O Box 551268,
                 Jacksonville, FL 32255-1268
517151502       +E-mail/Text: bankruptcy@fncbinc.com Feb 21 2020 01:47:09
                 First National Collection Bureau Inc.,    610 Waltham Way,   Sparks, NV 89437-6695
517151504       +EDI: FSAE.COM Feb 21 2020 06:04:00      First Source Advantage,   205 Bryant Woods South,
                 Amherst, NY 14228-3609
517151511       +EDI: HFC.COM Feb 21 2020 06:03:00      Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
517358911        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 21 2020 01:53:52
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
517357240        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 21 2020 02:05:40
                 LVNV Funding, LLC its successors and assigns as,    assignee of Bluestem Brands, Inc.,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
517151519       +Fax: 866-693-7292 Feb 21 2020 02:01:48      MetLife Auto & Home,   PO Box 41753,
                 Philadelphia, PA 19101-1753
517151520       +EDI: MID8.COM Feb 21 2020 06:03:00      Midland Funding,   Attn: Bankruptcy,   PO Box 939069,
                 San Diego, CA 92193-9069
517269006       +EDI: MID8.COM Feb 21 2020 06:03:00      Midland Funding LLC,   PO Box 2011,
                 Warren, MI 48090-2011
517151523       +E-mail/PDF: bankruptcy@ncfsi.com Feb 21 2020 01:54:21       New Century Financial,
                 110 S Jefferson Rd Ste 1,    Whippany, NJ 07981-1038
517151530        EDI: PRA.COM Feb 21 2020 06:03:00      Portfolio Recovery,   Attn: Bankruptcy,   Po Box 41067,
                 Norfolk, VA 23541
517214380        EDI: PRA.COM Feb 21 2020 06:03:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank (USA), N.A.,    POB 41067,   Norfolk VA 23541
```

```
District/off: 0312-1           User: admin                  Page 3 of 4                   Date Rcvd: Feb 20, 2020
                               Form ID: 148                 Total Noticed: 100

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517356262      +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 21 2020 01:55:08
                PYOD, LLC its successors and assigns as assignee,   of Roundup Funding L.L.C.,
                Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
517269946      +EDI: JEFFERSONCAP.COM Feb 21 2020 06:03:00      Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
517269946      +E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 21 2020 01:48:33      Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
517151534      +E-mail/Text: ecfbankruptcy@progleasing.com Feb 21 2020 01:48:28      Progressive,
                11629 South 700 East, Suite 250,    Draper, UT 84020-8399
517151535       EDI: CHASE.COM Feb 21 2020 06:03:00      Providian National Bank,    PO Box 9553,
                Manchester, NH 03108-9553
517151547      +E-mail/Text: bncnotices@stengerlaw.com Feb 21 2020 01:47:31      Stenger & Stenger PC,
                2618 East Paris Avenue SE,   Grand Rapids, MI 49546-2458
517151549      +E-mail/Text: chegyi@winslowtownship.com Feb 21 2020 01:48:20      Township Of Winslow,
                125 South Route 73,   Braddock, NJ 08037-9422
517151551       EDI: USBANKARS.COM Feb 21 2020 06:03:00      US Bank,   PO Box 790408,   St. Louis, MO 63179
517151552      +EDI: VERIZONCOMB.COM Feb 21 2020 06:03:00      Verizon,
                Verizon Wireless Bankruptcy Administrati,   500 Tecnolgy Dr Ste 500,
                Weldon Springs, MO 63304-2225
517256210      +EDI: AIS.COM Feb 21 2020 06:03:00      Verizon,   by American InfoSource LP as agent,
                4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517151554       EDI: WFFC.COM Feb 21 2020 06:03:00      Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
                Frederick, MD 21701
517151553      +EDI: BLUESTEM Feb 21 2020 06:04:00      Webbank/Fingerhut,   6250 Ridgewood Road,
                Saint Cloud, MN 56303-0820
                                                                                             TOTAL: 47

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           Ally Financial,   PO Box 130424,   Roseville, MN 55113-0004
517151475*   +Akron Billing Center,   3585 Ridge Park Dr,   Akron, OH 44333-8203
517342895*   +Atlas Acquisitions LLC,   294 Union St.,   Hackensack, NJ 07601-4303
517151495*   +Credit Collections Svc,   Po Box 773,   Needham, MA 02494-0918
517151509*    HRRG,   PO Box 189053,   Plantation, FL 33318-9053
517151517*   +Lvnv Funding,   PO Box 385908,   Minneapolis, MN 55438-5908
517151526*    Northstar Location Services, LLC,   4285 Genesee Street,   Cheektowaga, NY 14225-1943
517151527*    Northstar Location Services, LLC,   4285 Genesee Street,   Cheektowaga, NY 14225-1943
517214433*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,
                c/o Capital One Bank (USA), N.a.,   POB 41067,   Norfolk VA 23541)
517151532*    Pressler And Pressler,   7 Entin Road,   Parsippany, NJ 07054-5020
517151521    ##Monarch Recovery Management,   10965 Decatur Road,   Philadlephia, PA 19154-3210
517151529    ##+Penn Credit,   916 S 14th St,   Harrisburg, PA 17104-3425
517151546    ##+Stellar Recovery Inc,   4500 Salisbury Rd Ste 10,   Jacksonville, FL 32216-8035
517151555    ##+XChange Leasing,   795 Folsom Street, Suite 1114,   San Francisco, CA 94107-4226
                                                                               TOTALS: 0, * 10, ## 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin                 Page 4 of 4          Date Rcvd: Feb 20, 2020
                              Form ID: 148                Total Noticed: 100
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2020 at the address(es) listed below:

```
          Charles G. Wohlrab    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
           MASTR Reperforming Loan Trust 2005-1 cwohlrab@LOGS.com, njbankruptcynotifications@logs.com
          Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
           MASTR Reperforming Loan Trust 2005-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com
          Joseph J. Rogers    on behalf of Joint Debtor Ansbrecca  Holmes jjresq@comcast.net,
           jjrogers0507@gmail.com
          Joseph J. Rogers    on behalf of Debtor Christopher B. Holmes jjresq@comcast.net,
           jjrogers0507@gmail.com
          Kevin Gordon McDonald    on behalf of Creditor    HSBC Bank USA, National Association as Trustee
           for MASTR Reperforming Loan Trust 2005-1 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          Stuart A. Platt    on behalf of Creditor    Township of Winslow platt@prlawoffice.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10
```