Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 17–32029–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Christopher B. Holmes
26 Randolph Lane
Sicklerville, NJ 08081

Ansbrecca Holmes
aka Ansbrecca Council, aka Ansbrecca Council–Homles
26 Randolph Lane
Sicklerville, NJ 08081

Social Security No.:
xxx–xx–1021                                        xxx–xx–1272

Employer's Tax I.D. No.:

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>March 27, 2020</u>                <u>Jerrold N. Poslusny Jr.</u>
                                                             Judge, United States Bankruptcy Court